UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

ENTERED
10/06/2016

IN RE:

Richard & Sandra B. Santana, Sr.

             (Debtor),

BANKRUPTCY CASE NUMBER
11-20503-C-13

## ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Axcition Systems Inc., in the amount of $4,406.95, was not charged against the bank account of the debtor, within the 90 day limit and an unclaimed money report was entered on 08/01/2016 to close the account and transfer the monies into the Registry of the Clerk, U.S. Bankruptcy Court, and

It further appearing that Axciton Systems, Inc. c/o Dilks & Knopik, LLC is now claiming the above monies in the petition attached hereto,

It is ORDERED that the Clerk of the U.S. Bankruptcy Court pay said sum of $4,406.95 to Axciton Systems, Inc. at the following address:

         Axciton Systems, Inc.
         C/o Dilks & Knopik, LLC
         35308 SE Center St,
         Snoqualmie, WA  98065

Dated: _____

_____
UNITED STATES BANKRUPTCY JUDGE

Unclaimed.fds
06/23/98